IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARLTON BLANDING,

    Plaintiff,

v.                                             Civil Action No. 3:16CV681

RIVERSIDE REGIONAL JAIL,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on September 13, 2016, the Court conditionally docketed the action. On September 16, 2016, the United States Postal Service returned the September 13, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER." Since that date, Carlton Blanding has not contacted the Court to provide a current address. Blanding's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Blanding.

                                                    /s/ REP
                                          Robert E. Payne

Date: November 9, 2016        Senior United States District Judge
Richmond, Virginia